

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2019

No. 04-19-00105-CV

Samuel C. **PERKINS**,
Appellant

v.

**BEXAR COUNTY COMMISSIONERS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017TA101177
Honorable Michael E. Mery, Judge Presiding

## O R D E R

On February 21, 20019, pro se appellant filed a document entitled "Petition to Amend Below Petition for Appeal" referencing cause number 2017TA101177 as the underlying cause number. We construe this document as a notice of appeal. On February 26, 2019, the trial court clerk filed a letter stating no order or judgment has been entered in cause number 2017TA101177. Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu,* 233 S.W.3d 835, 840 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are suspending pending our resolution of the jurisdictional issue.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court